**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1357

DEBORAH HARRISON KHATANA,

  Plaintiff - Appellant,

   v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

  Defendant - Appellee,

   and

JAME T. WYNN,

  Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:15-cv-01664-PWG)

Submitted:  July 20, 2017        Decided:  July 24, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Deborah Harrison Khatana, Appellant Pro Se. Michael Kelly Guss, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Harrison Khatana appeals the district court's order granting summary judgment to Defendants in Khatana's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Khatana v. Washington Metro. Area Transit Auth.*, No. 8:15-cv-01664-PWG (D. Md. Feb. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*